FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 12 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01264-BNB

STEPHEN GRACE-BEY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
CHEYENNE RE-ENTRY CENTER,
CONTRACTED MEDICAL DEPT.,
DR. WHITE, M.D.,
EMILY BOND, Director,
BRET YOUNGBLOOD, Deputy Director,
EXECUTIVE DIRECTOR ARISTEDES ZAVARAS, and
ATTORNEY GENERAL,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Stephen Grace-Bey, is a prisoner in the custody of the Colorado Department of Corrections at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado. On June 6, 2011, Magistrate Judge Boyd N. Boland entered an order granting Mr. Grace-Bey's motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Mr. Grace-Bey either to pay an initial partial filing fee of $10.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. In order to show cause, Mr. Grace-Bey was directed to file a current certified copy of his inmate trust fund account statement. Mr. Grace-Bey was warned that the complaint and the action would be dismissed without further notice if he failed either to

pay the initial partial filing fee or to show cause as directed within thirty days.

On June 15, 2011, Mr. Grace-Bey submitted for filing a copy of his inmate trust fund account statement dated June 8, 2011, apparently in an effort to show cause why he is unable to pay the initial partial filing fee. However, Mr. Grace-Bey has failed to show good cause because the account statement he submitted is not certified by a prison official as directed in Magistrate Judge Boland's June 6 order. Therefore, the complaint and the action will be dismissed without prejudice because Mr. Grace-Bey failed either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee.

DATED at Denver, Colorado, this __12th__ day of ____July____, 2011.

BY THE COURT:

____s/Lewis T. Babcock____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01264-BNB

Stephen Grace-Bey
Prisoner No. 57349
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 12, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                            Deputy Clerk